# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

BILL JOE LANE,

        Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,

        Defendants.

Case No. C18-5666 RBL-TLF

ORDER GRANTING MOTION TO AMEND

Plaintiff seeks to amend his complaint to add a jury request to the caption. Dkt 8. Pursuant to Fed. R. Civ. P. 15(a)(1), a party may amend his pleading as a matter of course within 21 days after serving it. According to Fed. R. Civ. P. 38(b), a party may demand a jury within 14 days after serving the other party with a pleading directed to the issue for which the jury demand is served. Plaintiff's request is timely, as the Court directed service of the original complaint on August 22, 2018, Dkt. 7, and plaintiff's request was filed on August 23, 2018. Plaintiff's motion is granted.

It is therefore **ORDERED**:

(1) plaintiff's motion to amend his complaint in order to add a jury demand, Dkt. 8, is **GRANTED**; the Clerk is directed to docket the proposed amended complaint, Dkt. 8-1; and

(2) the Clerk is directed to send a copy of this Order to plaintiff and copies of this Order and the Amended Complaint to counsel for defendants.

Dated this 27th day of August, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTION TO AMEND - 2