UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILL JOE LANE,

Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,

Defendants.

Case No. C18-5666-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) Plaintiff's motion for a temporary restraining order and preliminary injunction (Dkt. 6) is DENIED.

Dated this 25th day of October, 2018.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1