UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILL JOE LANE,

                Plaintiff,

  v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, ET. AL.,

                Defendants.

Case No. C18-5666-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts Report and Recommendation;

(2)    Plaintiff's Motion for Leave to File a Second Amended Complaint (Dkt. 23) is GRANTED as to paragraphs 11, 15, and 18 of the second amended complaint;

(3)    Plaintiff's Motion for Leave to File a Second Amended Complaint (Dkt. 23) is DENIED as to paragraph 14 of the second amended complaint. Paragraph 14 is STRICKEN from the second amended complaint; and

(4) the Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke and to any other party that has appeared in this action.

IT IS SO ORDERED.

Dated this 8th day of March, 2019.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2