UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILL JOE LANE,

               Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,

               Defendants.

Case No. C18-5666-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 48], recommending that the Court grant defendants' Motion for Summary Judgment (Dkt. 32):

(1)   The Magistrate Judge's Report and Recommendation is ADOPTED;

(2)   Defendants' motion for summary judgment (Dkt. 32) is GRANTED; and

(3)   Plaintiff's complaint is DISMISSED WITH PREJUDICE; and

(4)   Plaintiff's *in forma pauperis* status may continue on appeal.

Dated this 6th day of December, 2019.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1